

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **21-MJ-4888** |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF: |
| v. | |
| | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Ramzan Imranovich USMANOV (D1), | Bringing in Unlawful Alien(s) |
| Kazbek TATARASHVILI (D2), | Without Presentation |
| Defendant(s). | |

The undersigned complainant, being duly sworn, states:

On or about December 12, 2021, within the Southern District of California, Defendants, Ramzan Imranovich USMANOV (D1) and Kazbek TATARASHVILI (D2), with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien(s), namely, Aslan ISAEV, Maxim KULIEV, Mukhammed-Emin IDRISOV, Azamat ALBAKOV and Dzhavid ELDARZADE had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th of December 2021.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Aslan ISAEV (MW1), Maxim KULIEV (MW2), Mukhammed-Emin IDRISOV (MW3), Azmat ALBAKOV (MW4) and Dzhavid ELDARZADE (MW5) are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On December 12, 2021, at approximately 9:33 P.M., a male later identified as Ramzan Imranovich USMANOV (D1), a Russian citizen, entered the United States from Mexico at the San Ysidro Port of Entry beyond the international boundary line as the driver of a Ford Expedition accompanied by 11 other Russian nationals. Directly behind D1, a male later identified as Kazbek TATARASHVILI (D2), a Russian citizen, also entered the United States beyond the international boundary line driving a black Mercedes Benz accompanied by five other Russian citizens. Defendants 1 and 2 bypassed a Customs and Border Protection (CBP) Officer working pre-primary operations. The CBP Officer working pre-primary operations, reached out with his hand, towards oncoming traffic, creating a gesture to hold traffic as he crossed past an opening between concrete barriers. As the CBP Officer reached the other side of the barrier, the Ford Expedition, driven by D1, followed by a Mercedes Benz driven by D2 proceeded north at a high rate of speed failing to yield. The Ford Expedition made an abrupt stop a few yards north of the limit line causing the Mercedes Benz to collide with the Ford Expedition. CBP Officers responded and extracted all persons from both vehicles. All occupants were escorted to the security office for initial processing.

In the security office, Defendants were queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) with negative results. Defendants were determined to be citizens and nationals of Russia without lawful documents to enter the United States.

At approximately 5:35 A.M., D1 was advised of his Miranda rights and elected to give a statement. D1 stated he is a citizen of Russia without lawful documents to enter, reside or pass through the United States. D1 stated he knows all his passengers did not have legal documents to legally enter the United States. D1 stated he and his friend split the cost of the vehicle to facilitate their entry into the

1

United States. D1 stated he was going to Brooklyn, New York to claim asylum, seek work and residence.

At approximately 7:09 A.M., D2 was advised of his Miranda Rights and elected to make a statement. D2 stated he is a citizen of Russia without legal documents to enter or reside in the United States. D2 admitted he and his friend purchased a vehicle from an unknown male on Facebook for $2000 US dollars. D2 stated he knew the five passengers in his vehicle did not have legal documents to legally enter the United States. D2 admitted he left Russia for the sole purpose of entering the United States, and to live and work in Chicago, Illinois.

During a video-recorded interview, MW1 admitted to being a citizen of Russia without documents to lawfully enter or reside in the United States. MW1 stated he met D1 at a hotel in Tijuana. MW1 stated he contributed $500 US dollars to purchase the vehicle he was traveling in when he attempted to cross. MW1 denies paying any smuggling fees to come to the United States. He stated he wanted to go to Portland, Oregon to live and work, and does not have family in the United States.

During a video-recorded interview, MW2 admitted to being a citizen of Russia without documents to lawfully enter or reside in the United States. MW2 stated he met D1 in a hotel in Tijuana. MW2 stated he made his own arrangements to come to the United States and did not pay smuggling fees to anyone. MW2 admitted he contributed $1200 US dollars to purchase the vehicle he was traveling in when he attempted to cross. MW2 stated he wanted to go to New York with his family to live and work.

During a video-recorded interview, MW3 admitted to being a citizen of Russia without documents to lawfully enter or reside in the United States. MW3 stated he met D1 in Russia and has known him since 2016. He stated he made all arrangements on his own to come to the United States from Russia and did not pay smuggling fees to anyone. MW3 stated he wanted to go to Brooklyn, New York with his family to live and work.

During a video-recorded interview, MW4 admitted to being a citizen of Russia without documents to lawfully enter or reside in the United States. MW4 stated he met D2 in Turkey and traveled with him to Mexico City, Mexico. He stated he made all the arrangements to come to the United States from Russia and did not pay smugglings fees to enter the United States. MW4 stated he wanted to go to Chicago, Illinois to live and work.

During a video-recorded interview, MW5 admitted to being a citizen of Russia without documents to lawfully enter or reside in the United States. MW5 stated he met D2 at a hotel in Tijuana and made his own arrangements to enter the United States in the vehicle. MW5 stated he did not pay anyone to smuggle him into the United States. MW5 stated he was traveling with his wife and two children to Los Angeles, California to live and work.

3